UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Hotel, Restaurant and Bar Employees Health and Welfare Fund, | Civil File No. 05 CV 2417 (PAM/RLE) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| SBSB, LLC d/b/a The Days Inn Eveleth and The Eveleth Inn, a/k/a SBSB II, LLC, | |
| Defendants. | |

---

IT IS HEREBY ORDERED:

Based upon the Stipulation of the parties, the above matter is dismissed as to any further proceedings, with prejudice, without costs to any party.

Dated: January   30   , 2006.

BY THE COURT:


s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court